# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| E$^3$ BIOFUELS-MEAD, LLC, | ) | |
| Plaintiff, | ) | 8:06CV706 |
| vs. | ) | ORDER |
| SKINNER TANK COMPANY, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for leave to withdraw of Jaron J. Bromm (Filing No. 15) as counsel for the defendant. Mr. Bromm states he will no longer be with the law firm of Blackwell Sanders Peper Martin LLP. The court notes other counsel from the law firm of Blackwell Sanders Peper Martin LLP still represent the defendant. The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motions for leave to withdraw of Jaron J. Bromm (Filing No. 15) as counsel for the defendant is granted.

2. The Clerk of Court shall stop all electronic notices to Jaron J. Bromm regarding this case.

DATED this 19th day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge