**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| E³ BIOFUELS-MEAD, LLC, f/k/a NEBRASKA BIOCLEAN-MEAD, LLC., | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV706 |
| vs. | ) ) | ORDER |
| SKINNER TANK COMPANY, | ) ) | |
| Defendant and Third-Party Plaintiff, | ) ) ) ) | |
| vs. | ) ) | |
| DRILLING MECHANICAL CONTRACTORS, INC., | ) ) ) | |
| Third-Party Defendant. | ) | |

This matter is before the court on the plaintiff's "Suggestion of Bankruptcy" (Filing No. 56). Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 3rd day of December, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge