

**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 23rd day of May, 2012.**

Robert D. Berger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 07-22733-11 |
| E3 BIOFUELS-MEAD, LLC | ) | Joint Administration |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |
| E3 BIOFUELS-MEAD, LLC, | ) | |
| f/k/a NEBRASKA BIOCLEAN-MEAD, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary No. 09-06052 |
| | ) | |
| v. | ) | |
| | ) | |
| SKINNER TANK COMPANY, | ) | |
| | ) | |
| Defendant and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DILLING MECHANICAL CONTRACTORS, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

1

2

## ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA, AT OMAHA

Plaintiff E3 Biofuels-Mead, LLC, filed an agreed-upon Amended Motion to Transfer Action (Doc No. 39) to the United States District Court for the District of Nebraska, at Omaha, on April 27, 2012. Upon review of that consent motion, as well as Plaintiff's related Motion to Substitute Parties, Motion to Transfer Action to District Court, and Memorandum in Support – filed on March 23, 2012 – and for good cause shown, the Court hereby sustains Plaintiff's Amended Motion to Transfer Action to the United States District Court for the District of Nebraska, at Omaha. It is hereby ORDERED that the above-captioned action shall be transferred to the United States District Court for the District of Nebraska for hearing and trial by a district judge.

IT IS ORDERED that the Clerk of the United States Bankruptcy Court for the District of Kansas is directed to transfer this action to the Clerk of the United States District Court for the District of Nebraska, at Omaha.

SO ORDERED.

Submitted by:

  /s/ Mary C. O'Connell
Mary C. O'Connell          KS #70038
Randall L. Rhodes          KS #15811
Jeffrey D. Rowe            KS #23083
Douthit Frets Rouse Gentile & Rhodes, LLC
903 E. 104th Street, Suite 610
Kansas City, MO 64131
Telephone: (816) 941-6600
Facsimile:  (816) 941-6666
moconnell@dfrglaw.com
rrhodes@dfrglaw.com
jrowe@dfrglaw.com
ATTORNEYS FOR PLAINTIFF E3 BIOFUELS-MEAD, LLC AND E3 BIOFUELS, LLC

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 27, 2012, copies of the foregoing were served via electronic mailed to the following:

Thomas H. Dahlk
Benjamin F. Mann
Husch Blackwell LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68012
tom.dahlk@huschblackwell.com
benjamin.mann@huschblackwell.com
ATTORNEYS FOR DEFENDANT
SKINNER TANK COMPANY

Russell A. Westerhold
Stephen M. Bruckner
Fraser, Stryker, PC, LLO
500 Energy Plaza, 409 S. 17th Street
Omaha, NE 68102
sbruckner@fraserstryker.com
rwesterhold@fraserstryker.com
ATTORNEYS FOR THIRD-PARTY DEFENDANT
DILLING MECHANICAL CONTRACTORS

            /s/ Mary C. O'Connell_____
            Attorney