IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| E BIOFUELS-MEAD, LLC;<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SKINNER TANK, Company;<br><br>　　　　　　Defendant. | **8:06CV706**<br><br>**ORDER** |

　　　This matter is before the court following a transfer from the Kansas Bankruptcy Court back to Nebraska District Court. The court is concerned that this case was filed in 2006 and is aging quickly. Accordingly, the court will ask the magistrate judge to hold a status conference at his earliest convenience and then, if appropriate, place this case on an expedited progression.

　　　IT IS ORDERED:

　　　1.　The Clerk of Court shall reopen this case.

　　　2.　The magistrate judge shall hold a status conference with the parties and then expedite the case as set forth herein.

　　　Dated: May 29, 2012

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge