# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| E BIOFUELS-MEAD, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV706 |
| | ) | |
| V. | ) | |
| | ) | |
| SKINNER TANK, Company, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Michael Mullen has moved the Court seeking to withdraw as counsel of record for Skinner Tank Company (filing 71). Upon the representation that Skinner Tank Company will continue to be represented in this matter, Mr. Mullen's motion will be granted.

**IT IS ORDERED:**

1. Michael Mullen's Motion to Withdraw as Attorney for Skinner Tank Company (filing 71) is granted.

2. The Clerk of Court shall terminate the appearance of Mr. Mullen as attorney for Skinner Tank Company and shall terminate future notices to Mr. Mullen in this action.

**DATED June 11, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**