IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| E3 BIOFUELS-MEAD, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV706 |
| | ) | |
| V. | ) | |
| | ) | |
| SKINNER TANK, Company, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the parties' Joint Stipulation and Motion for Extension of Deadlines (filing 171). The Stipulation is adopted and approved.

Accordingly,

**IT IS ORDERED:**

1. The Joint Stipulation and Motion for Extension of Deadlines (filing 171) is granted.

2. Defendant Skinner Tank Company shall serve its statement regarding expert witnesses by or before November 13, 2013.

3. Plaintiff E3 Biofuels shall disclose its rebuttal expert witnesses by or before November 25, 2013.

4. Motions in limine shall be filed by January 7, 2014.

5. Pretrial disclosures shall be filed by January 7, 2014.

6. Designation of discovery responses and deposition testimony shall be done by January 7, 2014.

**DATED November 12, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**