IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| E3 BIOFUELS-MEAD, LLC,, | ) | |
| Plaintiff, | ) ) ) | Case No. 8:06cv706 |
| vs. | ) ) ) | |
| SKINNER TANK COMPANY, | ) ) ) | |
| Defendant/Third-Party Plaintiff, | ) ) ) ) | **ORDER** |
| vs. | ) ) ) | |
| DILLING MECHANICAL CONTRACTORS, INC., | ) ) ) ) | |
| Third-Party Defendant. | ) | |

Upon notice that all claims have been settled,

**IT IS ORDERED:**

1. On or before **March 17, 2014,** the parties shall electronically file joint stipulation(s) for dismissal (or other dispositive stipulation) and shall submit to District Judge Joseph F. Bataillon, at Bataillon@ned.uscourts.gov, appropriate draft order(s) which will fully dispose of the agreements reached between the parties;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. Pending deadlines are cancelled upon the representation that this case is settled in its entirety.

Dated: February 13, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge